# Court of Appeals
# of the State of Georgia

ATLANTA,  May 03, 2019

*The Court of Appeals hereby passes the following order:*

**A19A0823.  IN THE INTEREST OF A. D. et al., CHILDREN (MOTHER).**

Following the grant of her application for discretionary appeal, the mother of then 10-year-old A. D. and 7-year-old A. D. appeals from the juvenile court's order terminating her parental rights and denying her motion for new trial. Upon finding that the full appellate record, including the transcript of the termination hearing that was not included with the application, supports the orders of the juvenile court below, we conclude that the application for discretionary appeal was improvidently granted and DISMISS the appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/03/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*